# United States District Court
## Violation Notice

CVB Location Code: **MD54**

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| **4901682** | Zhu | **1556** |

4901682

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐CFR ☐USC ☐State Code |
|---|---|
| 11/24/2015 0800 AM | 45 sec 3.42 (G) |

Place of Offense

MH/West Drive Entrance

Offense Description—Factual Basis for Charge      HAZMAT ☐

Carrying or possession of any firearms or Explosive, Either openly or concealed (Except by Law Enforcement officers on official Business)

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| Newell | Frank | C |

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| XKF-9464 | VA | 08 | Ford/Mustang | | Silver |

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ _____ Forfeiture Amount

\+ $25 Processing Fee

**PAY THIS AMOUNT →** $ _____ **Total Collateral Due**

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| | |
| | Time (hh:mm) |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

(Rev. 01/2011)        Original - CVB Copy

CVB SCAN DEC 07, 2015 10:48

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20___ while exercising my duties as a law enforcement officer in the _____ District of _____

_____

The foregoing statement is based upon:

☐ my personal observation          ☐ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;  PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident

CVB SCAN DEC 07, 2015 10:48