# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

JAN 27 2016

**UNITED STATES OF AMERICA**

v.

Frank Newell
**Defendant**

Citation No(s): 4401682/MD 39

Docket No: 16-po-00501

\* \* \* \* \* \* \* \* \* \* \* \*

## PLEA AGREEMENT

| ORIGINAL CHARGE | AMENDED CHARGE | FINE | SPECIAL ASSESSMENT | PROCESSING FEE |
|---|---|---|---|---|
| Loaded weapon - dismiss | | | | |
| | | | | |
| | | | | |

**TOTAL DUE: $**

*(Section to be completed by court personnel)*

Payment is due in full within seven days unless otherwise approved. Make your check or money order payable to CLERK, U.S. DISTRICT COURT. Include your citation (ticket) number on check or money order and outside of the court-supplied envelope. Please mail Defendant's copy and payment to:

☐ **Central Violations Bureau, P.O. BOX 71363, Philadelphia, PA 19176-1363**
   **(or you may pay online at www.cvb.uscourts.gov)**
☐ **Clerk, U.S. District Court, 101 W. Lombard Street, Baltimore, MD 21201**

☐ Waive Initial Appearance       ☐ Continue to Obtain License

☐ Continue for Payment       ☐ Continue to Retain Attorney

☐ Set for Trial       ☐ New Court Date: _____

☐ Dismissed by the Government       at: _____ a. m.

COMMENTS: _____

_____
Defendant's Signature

_____
Assistant U.S. Attorney

_____
Attorney for Defendant

1/27/2016
Date

*Original – Court*       *Yellow – Defendant*       *Pink – AUSA*

Plea Agreement (01/2013) Triple